UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ELIO ESPINO AND E ESPINO INVESTMENTS LLC<br>     Plaintiffs | §<br>§<br>§<br>§ | |
| v. | §<br>§ | NO. __5:16-cv-891_____ |
| THE CITY OF LEON VALLEY<br>     Defendant | §<br>§<br>§ | |

## DEFENDANT CITY OF LEON VALLEY'S NOTICE OF REMOVAL

To the Honorable Judge of the United States District Court for the Western District of Texas, San Antonio Division:

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant CITY OF LEON VALLEY ("City") hereby removes this action from the 37th Judicial District Court of Bexar County, Texas to the United States District Court for the Western District of Texas San Antonio Division of Texas. The grounds for removal are as follows:

1.     Plaintiffs Elio Espino and E Espino Investments LLC ("Plaintiffs") commenced this action in the Bexar County District Court on August 31, 2016, and the Clerk of said court assigned Cause No. 2016-CI-14798 thereto.

2.     Attached as **Exhibit "A"** are true and correct copies of all pleadings, process, orders and other filings in the state court action to this notice as required by 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action is pending.

3.     Plaintiffs' lawsuit asserts, in part, federal claims arising from the Fourteenth Amendment of the United States Constitution Due Process provisions under Title 42 U.S.C. § 1983, (Plaintiffs' Original Petition p. 6).

1

**This Court Has Jurisdiction Pursuant to 28 U.S.C. §1331**

4.      Except as otherwise provided by Act of Congress, a state court action may be removed to federal court if the federal court has original jurisdiction over the action and the notice of removal is timely.  28 U.S.C. §1441(a).

5.      Removal is proper because Plaintiffs' suit involves a federal question.  28 U.S.C. §§1331, 1441(b); *Long v. Bando Mfg. of Am., Inc.*, 201 F.3d 754, 757-58 (6th Cir. 2000); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996).  Specifically, Plaintiffs' claim arises under the Fourteenth Amendment of the United States Constitution Due Process provisions under Title 42 U.S.C. § 1983.  By filing this Notice of Removal, Defendant City does not waive any defense that may be available to it or concede that Plaintiffs are entitled to any of the relief or damages they claim.

6.      This Notice of Removal is being filed within the thirty (30) days of receipt of notice of Plaintiff's claims as required by 28 U.S.C. §1446(b).

7.      This claim is removed to the District and division of the United States Court where the action is pending:  the Western District of Texas, San Antonio Division.

8.      Defendant City will file promptly a copy of this notice of removal with the clerk of the state court where the action has been pending.

**Consent of Served Defendant**

9.      Defendant City is the only named party-defendant.  Defendant City has accepted service and consents to the removal of this case to the United States District Court as evidenced by the signature of its counsel below.

        WHEREFORE, PREMISES CONSIDERED, Defendant CITY pursuant to these statutes in conformance with the requirements set forth in 28 U.S.C.A. §1446, remove this action for trial

2

from the 407th Judicial District Court of Bexar County, Texas to this Court, and for such further relief to which Defendant is justly entitled.

Dated:  September _6_, 2016.

Respectfully submitted,

DENTON NAVARRO ROCHA BERNAL HYDE & ZECH
A Professional Corporation
2517 N. Main Avenue
San Antonio, Texas 78212
210/227-3243
210/225-4481 Facsimile
patrick.bernal@rampage-sa.com
elizabeth.guerrero-southard@rampage-sa.com

BY: _____
PATRICK C. BERNAL
State Bar No. 02208750
ELIZABETH GUERRERO-SOUTHARD
State Bar No. 24032376
COUNSEL FOR DEFENDANT
CITY OF LEON VALLEY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure on this _6_ day of September, 2016, to the following:

Kenneth E. Grubbs                    **CMRRR # 9171 9690 0935 0092 1366 46**
Woodcock Building
4241 Woodcock Drive, Ste. C-120
San Antonio, Texas  78228

_____
PATRICK C. BERNAL
ELIZABETH GUERRERO-SOUTHARD

F:\Espino v CO Leon Valley DH (45107)\Pleadings\Drafts\City Ntc of Removal 2016 0906.doc

3